UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CAPITOL INDEMNITY CORPORATION**, :<br>    Plaintiff                                                   :<br>                                                                  :<br>v.                                                              :<br>                                                                  :<br>**ELMET TECHNOLOGIES, INC.,**                  :<br>**BIG SKY ENGINEERING, INC.,**                  :<br>**ADVANCED TECHNOLOGIES SYSTEMS,**:<br>**INC., and INSPIRED AUTOMATION, INC.,**:<br>    Defendants                                             :<br>                                                                  : | Civil Action Docket No.: 2:06-CV-236 |

### STIPULATION OF DISMISSAL

1. The Plaintiff hereby requests a voluntary dismissal of the Complaint for Declaratory Judgment filed in this matter pursuant to F.R.C.P 41. This Notice of Dismissal has been filed prior to service of an Answer by any party involved.

WHEREFORE, the Plaintiff respectfully requests that the Complaint for Declaratory Judgment be dismissed by this Court without prejudice.

Dated this 18th day of January, 2006 at Bangor, Maine.

Respectfully submitted,

/s/ Joshua E. Birocco           /s/ Travis C. Rackliffe, Esq.
Joshua E. Birocco, Esq.      Travis C. Rackliffe, Esq.
Maine Bar No.: 8964           Maine Bar No.: 9596

TUCKER & DOSTIE, P.A.
One Cumberland Place, Suite 308
P.O. Box 696
Bangor, ME 04402-0696
(207)945-4720
JEB@TuckerDostie.com
TCR@TuckerDostie.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2007, I electronically filed Plaintiff's Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to all interested parties.

      /s/ Joshua E. Birocco
      Joshua E. Birocco, Esq.
      Maine Bar No.: 8964


      /s/ Travis C. Rackliffe, Esq.
      Travis C. Rackliffe, Esq.
      Maine Bar No.: 9596


      TUCKER & DOSTIE, P.A.
      One Cumberland Place, Suite 308
      P.O. Box 696
      Bangor, ME 04402-0696
      (207)945-4720
      JEB@TuckerDostie.com
      TCR@TuckerDostie.com

      Counsel for Plaintiff